**Vance E. HANCOCK, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 35910.**

Court of Criminal Appeals of Texas.

Oct. 16, 1963.

Richard E. McDaniel, Center, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

After his conviction for drunk driving was affirmed and while the appellant's motion for rehearing was pending, the appellant's sworn motion requesting that the appeal be dismissed was filed in this Court.

The motion is granted; the opinion and order affirming the conviction is set aside, and the appeal is dismissed.